```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

```
CRIS C. VAUGHAN, ESQ., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378
```

Attorney for Defendant, Hust Brothers, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>    vs.<br><br>Hust Brothers, Inc.<br><br>       Defendant.<br>_____ | Case No. **2:11-cv-03290-JAM-KJN**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL FEBRUARY 29, 2012 FOR DEFENDANT TO RESPOND TO COMPLAINT AND ORDER |

   Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Hust Brothers, Inc., stipulate as follows:

   1. No extension of time has been previously obtained.

STIPULATION RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendant is granted an extension until February 29, 2012 to respond or otherwise plead to Plaintiff's complaint.

3. Defendants' response will be due no later than February 29, 2012.

IT IS SO STIPULATED effective as of February 14, 2012.

Dated:  February 13, 2012          _/s/ Cris C. Vaughan__
                                   Cris C. Vaughan,
                                   Attorney for Defendant,
                                   Hust Brothers, Inc.


Dated:  February 14, 2012          /s/Scott N. Johnson ___
                                   Scott N. Johnson,
                                   Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**


Dated: 2/14/2012
                                   /s/ John A. Mendez_____
                                   U.S. District Court Judge

STIPULATION RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com